AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Aug 20 2019
Clerk, U.S. District Court
Western District of Texas

By: /s/ Vm
Deputy

**USA**

vs.

**(1) EDGAR VALENTE ROMERO-FLORES**
**AKA:ROMERO-FLORES,EDGAR**

§
§  CRIMINAL COMPLAINT
§  CASE NUMBER: **EP:19-M -07989(1) RFC**
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 17, 2019** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, and was found in the United States after having been previously excluded, deported, and removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: **" The DEFENDANT, Edgar Valente ROMERO-Flores, an alien to the United States and a citizen of Mexico, was found approximately 69 miles east of the Fort Hancock, Texas Port of Entry, near Sierra Blanca, Texas, in the Western District of "**

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Juarez, Enrique B
Border Patrol Agent

August 20, 2019                                              at   EL PASO, Texas
File Date                                                         City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN
AT 1:01 P.M.
FED.R.CRIM.P.4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:19-M -07989(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) EDGAR VALENTE ROMERO-FLORES AKA:ROMERO-FLORES,EDGAR**

*FACTS   (CONTINUED)*

Texas.  From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on June 15, 2017, through El Paso, Texas. The DEFENDANT has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:

The DEFENDANT has been granted 1 voluntary departure(s), the last on December 28, 2000, through LAREDO, TX
The DEFENDANT has been deported 2 time(s), the last one being to MEXICO on June 15, 2017, through EL PASO, TX

CRIMINAL HISTORY:

**08/28/2009, Dallas, TX, DWI(M), CNV, 120 DTS, 2Y PROB.**
**05/05/2011, Dallas, TX, Burglary of Habitation(F), CNV, 10Y PROB.**
**05/28/2015, Mesquite, TX, Criminal Trespass(M), CNV, 30 DTS.**